United States District Court

Eastern District of California

Du Pree Lamont Adkins,

     Plaintiff,                      No. Civ. S 05-1413 LKK PAN P

  vs.                             Order

Bill Lockyer,

     Defendant.

-oOo-

    Plaintiff, a state prisoner without counsel, seeks to commence a civil rights action pursuant to 42 U.S.C. § 1983. He has submitted an affidavit requesting leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a)(1).

    Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period

1 immediately preceding the filing of the complaint . . . ,
2 obtained from the appropriate official of each prison at which
3 the prisoner is or was confined."  Plaintiff has not complied
4 with section 1915(a)(2).
5      Within 30 days, plaintiff may submit the required trust
6 account statement.  Otherwise this file will be closed.
7      So ordered.
8      Dated:  December 27, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge