IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DUPREE LAMONT ADKINS,

    Plaintiff,                  No. CIV S-05-1413 LKK PAN P

    vs.

J. WOODFORD, et al.,

    Defendants.             <u>ORDER</u>

                                /

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of August 2, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's August 28, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: September 6, 2006.

                                      UNITED STATES MAGISTRATE JUDGE

14/mp
adki1413.36