IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DUPREE LAMONT ADKINS,

      Plaintiff,　　　　　　　　　　No. CIV S-05-1413 LKK EFB  P

   vs.

J. WOODFORD, et al.,

      Defendants.　　　　　　　　　ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On February 11, 2008, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days.  Plaintiff has not filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

////

1. The findings and recommendations filed February 11, 2008, are adopted in full; and

2. Plaintiff's claims against defendants Prosper, Grannis, Surgess, Zielen, Shahdeh, Jennings, Alheiser, Ansell, Ransdell, Harvey, Leo, Hutson, Tinnel, and Zimmer are dismissed without prejudice.

DATED:   March 25, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT