IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DUPREE LAMONT ADKINS,

    Plaintiff,                      No. CIV S-05-1413 LKK EFB P

    vs.

J. WOODFORD, et al.,

    Defendants.          <u>ORDER</u>

/

    Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file his opposition brief to defendants' motion for summary judgment. *See* Fed. R. Civ. P. 6(b).

    Plaintiff's November 14, 2008, request is granted and his opposition brief, also filed November 14, 2008, is deemed timely filed.

DATED: November 18, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE